666

Opinion filed May 8, 1928.
A. G. Dicus, for appellant.    Anderson & Roche, for appellees; C. Hilding Anderson, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

**John Kirby, appellee, v. Ben Goldschlag, appellant.    Gen. No. 32,275.**

Opinion filed May 8, 1928.    Rehearing denied May 21, 1928.
Julian J. Luster, for appellant.    Brown, Brown & Brown, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

**Ignatz Schwartz, appellee, v. Louis Holzman, appellant.    Gen. No. 32,287.**

Opinion filed May 8, 1928.    Rehearing denied May 21, 1928.
Martin M. Gross, for appellant.    Samuels, Lawton & Wittelle, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

**Frank Blake, by Mathilda Blake, appellee, v. Chicago & West Towns Railway Company, appellant.    Gen. No. 32,310.**

Opinion filed May 8, 1928.
Berthold L. Goldberg, for appellant.    Earl J. Walker, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

**John Moloney, appellant, v. Frederick Arnd, appellee.    Gen. No. 32,319.**

Opinion filed May 8, 1928.    Rehearing denied May 21, 1928.
C. D. Jones, for appellant.    Arnd, Gavin, Griffin & Maraz, for appellee; John J. Griffin, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.